Opinion issued
December 9, 2010 

 

 

 

 

 

 



 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00290-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



TOMAC OF FLORIDA, INC., D/B/A GLOBAL
RESTORATION GROUP, Appellant

 

V.

 

US REAL ESTATE LIMITED PARTNERSHIP, Appellee

 

 



On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 2009-09430A

 

 



MEMORANDUM
OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  

PER CURIAM

Panel consists of Justices Jennings,
Alcala, and Sharp.